**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-8003**

UNITED STATES OF AMERICA,

                    Plaintiff – Appellee,

          v.

EDWARD BLAINE MINTZ, a/k/a Edward Blain Mintz,

                    Defendant - Appellant.

Appeal from the United States District Court for the Western District of North Carolina, at Asheville.  Martin K. Reidinger, District Judge.  (1:08-cr-00040-MR-1)

Submitted:  April 25, 2013              Decided:  May 6, 2013

Before NIEMEYER, MOTZ, and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Edward Blaine Mintz, Appellant Pro Se. Amy Elizabeth Ray, Assistant United States Attorney, Asheville, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Edward Blaine Mintz appeals the district court's order denying his motion to appoint new counsel and for an extension of time to file a motion to reconsider the denial of his motion to reduce sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Mintz, No. 1:08-cr-00040-MR-1 (W.D.N.C. Nov. 7, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED